IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ESTRADA,<br><br>    Plaintiff,<br><br>vs.<br><br>R. QUESADA, et al.,<br><br>    Defendants.<br>_____/ | 1:06-CV-01346 OWW LJO P<br><br>ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>(Doc. 1)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE<br><br>ORDER REQUIRING PLAINTIFF TO COMPLY WITHIN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 26, 2006, plaintiff submitted an unsigned complaint. All filings submitted to the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Plaintiff's complaint shall be stricken from the record for lack of signature and plaintiff shall file an amended complaint bearing her signature within thirty days.

In addition, plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff a 1983 civil rights complaint form and the form for application to proceed in forma pauperis by a prisoner;

2. Within **thirty (30) days** of the date of service this order, plaintiff shall submit an

amended complaint bearing her signature, and shall either submit a completed application to proceed in forma pauperis or pay the $350.00 filing fee for this action; and

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    October 2, 2006**                            /s/ Lawrence J. O'Neill
i0d3h8                                                                UNITED STATES MAGISTRATE JUDGE