IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ESTRADA, | 1:06-CV-01346-OWW-LJO P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR |
| R. QUESADA, et al., | PAY FILING FEE IN FULL, WITHIN THIRTY DAYS (Doc. 5) |
| Defendants. | |

On October 2, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee. On October 12, 2006, plaintiff submitted an application to proceed in forma pauperis, with a copy of plaintiff's prison trust account statement for three months. However, the trust account statement copy is not certified and does not cover the six month period immediately preceding the filing of the complaint.[1] See 28 U.S.C. § 1915(a)(2). Further, the section entitled "Certificate," which is to be filled out by a trust account officer, appears to be inaccurate. Plaintiff's available balance, average monthly balance, and average monthly balance for the

---

[1] In the event that plaintiff was in the custody of the California Department of Corrections and Rehabilitation for fewer than six months preceding the filing of the complaint, either plaintiff or the trust account officer should note that on the application.

1

preceding six months are all identified as $56.00, while the available balance listed on plaintiff's trust account statement is $134.62. Accordingly, at the very least, the available balance is incorrect. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis accompanied by a certified copy of her trust account statement for the six month period immediately preceding the filing of her complaint, **or** pay the $350.00 filing fee.

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner:
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall submit a new application to proceed in forma pauperis accompanied by a certified copy of her trust account statement for the six month period immediately preceding the filing of her complaint, **or** pay the $350.00 filing fee; and
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   October 30, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                             UNITED STATES MAGISTRATE JUDGE