IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ESTRADA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>R. QUESADA, et al.,<br><br>                    Defendants.<br>_____ | 1:06-CV-01346-OWW-LJO-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 30, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee.  On November 7, 2006, plaintiff submitted an application to proceed in forma pauperis.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not submitted a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915.  Plaintiff will be provided the opportunity to submit a new

1

application to proceed in forma pauperis and a certified copy of her trust account statement, **or** to pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    December 7, 2006                    /s/ Lawrence J. O'Neill**
i0d3h8                                             UNITED STATES MAGISTRATE JUDGE