# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY LEE ESTRADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. QUESADA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:06-cv-01346-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST PRIOR TO FILING SUIT<br><br>(Doc. 14) |

Plaintiff Brandy Lee Estrada ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 1, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection on March 1, 2007.

In her Objection, plaintiff contends that she exhausted the appeals process on February 8, 2007. Plaintiff filed this action on September 26, 2006. "[E]xhaustion is mandatory under the PLRA and . . . unexhausted claims *cannot* be brought in court." Jones v. Bock, Nos. 05-7058, 05-7142, 2007 WL 135890, *8 (Jan. 22, 2007) (citing Porter, 435 U.S. at 524) (emphasis added). Because plaintiff filed suit before exhausting, this action must be dismissed. Id.; McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir. 2002).

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 1, 2007, is adopted in full; and
2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting her claim prior to filing suit.

IT IS SO ORDERED.

**Dated:   March 7, 2007**           /s/ Oliver W. Wanger
emm0d6                                            UNITED STATES DISTRICT JUDGE